IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2:99-CR-0021 |
| vs. | ) |
| | ) |
| MICHAEL MAGLIOCCA, | ) JUDGE SARGUS |
| SSN: XXX-XX-9301 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| CAMS Commercial Cleaning, LLC | ) |
| Garnishee. | ) |

## WRIT OF CONTINUING GARNISHMENT

TO THE ATTENTION OF:  CAMS Commercial Cleaning, LLC
Attn: Human Resources
521 Byers Road, Suite 107
Miamisburg, OH 45342-5379

An application for a Writ of Continuing Garnishment against the property of Defendant, Michael Magliocca , also referred to as "debtor" or "judgment debtor" (including but not limited to nonexempt disposable earnings), has been filed with this Court.

A judgment was entered against Michael Magliocca in Case No. 2:99-CR-0021 on July 9, 1999 in the amount of $10,399.00. The amount of said debt that remains unpaid and due and owing is $2,978.74 ($2,328.67 principal and $650.07 penalties) as of December 5, 2011, with additional interest accruing thereafter at the rate of 0 percent per annum.

The United States is represented by Deborah F. Sanders, Assistant United States Attorney, Southern District of Ohio, 303 Marconi Boulevard, Suite 200,Columbus, Ohio 43215-2401.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the judgment debtor, including any and all equipment and/or monies.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at:

> CLERK U.S. DISTRICT COURT 85 MARCONI BLVD.
> COLUMBUS, OH 43215

Additionally, you are required by law to serve a copy of this answer upon the judgment debtor at:

> Michael Magliocca
> 1445 Hamlet Street
> Columbus, OH 43201

and upon the Government at:

> Deborah F. Sanders
> Assistant United States Attorney
> Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215-2401
> (614) 469-5715

NOW THEREFORE, YOU ARE HEREBY COMMANDED to withhold and retain any property, equipment and/or monies in which the debtor has a substantial nonexempt interest and for which you are or may become further indebted to the judgment debtor pending further order of the Court.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with

2

this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the Defendant any item attached by this Writ. Additionally, you may be held liable for reasonable attorney's fees to the United States of America.

The garnishment shall terminate only by one of the following:

1. A court order quashing the Writ of Continuing Garnishment;

2. Exhaustion of property in the possession, custody or control of the garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings) unless the garnishee reinstates or re-employs the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

3. Satisfaction of the debt with respect to which the Writ is issued.

Questions are to be directed to:

> Deborah F. Sanders
> Assistant United States Attorney
> Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215-2401
> (614) 469-5715

1-4-2016
DATE

_____
UNITED STATES DISTRICT JUDGE